Robert K. WHITE, Appellant,

v.

CITIZENS STATE BANK, Respondent.

No. WD 49005.

Missouri Court of Appeals,
Western District.

Aug. 9, 1994.

Hugh D. Kranitz, Kranitz & Kranitz, P.C., St. Joseph, for appellant.

William Y. Frick, Kirksville, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appellant appeals from summary judgment entered against him on his petition for breach of contract against Citizens State Bank.

Judgment affirmed. Rule 84.16(b).